# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOHN MCLEMORE, on behalf of himself and §
others similarly situated                §
                                         §
        Plaintiffs,                      §
                                         §
V.                                       §
                                         §        CIVIL ACTION NO. _____
WOOD GROUP PSN INC., HESS                §
CORPORATION, AND PHOENIX SAFETY & §
LOGISTICS PERSONNEL, INC.                §
                                         §
        Defendants.

**NOTICE OF CONSENT**

I, John McLemore, hereby consent to be a party plaintiff in the above action, which is a collective action under the federal Fair Labor Standards Act ("FLSA") to collect unpaid wages and other damages.  I agree to be bound by the outcome of this proceeding.

_____
Printed Name

_____
Signature

Dated: April 26, 2016

**EXHIBIT**

**1**

# EXHIBIT 2

--- On Mon, 11/12/12, John Mclemore <johnpaulmc911@yahoo.com> wrote:

From: John Mclemore <johnpaulmc911@yahoo.com>
Subject: RE: Hess Contract
To: "Kay Schneider" <kschneider@pslno.com>
Date: Monday, November 12, 2012, 11:40 AM
Thank you Kay.  Have a good
week.  JM
--- On Mon, 11/12/12, Kay Schneider
<kschneider@pslno.com> wrote:
From: Kay Schneider <kschneider@pslno.com>
Subject: RE: Hess Contract
To: "'John Mclemore'"
<johnpaulmc911@yahoo.com>
Cc: "'Suzette Dominigue'"
<sdomingue@pslno.com>
Date: Monday, November 12, 2012, 3:09 PM
Good Morning
John,

Your pay rates
are as follows:

Regular full
day
$ 576.00
Travel half
day
$ 288.00

Call with any
questions.

Thanks.


Kay
Schneider
Office



EXHIBIT
2

Manager

Phoenix Safety
& Logistics Personnel, Inc.
2955 Ridgelake
Drive
Suite
102
Metairie,
LA  70002
504-227-2822
504-227-2898
(fax)
kschneider@pslno.com

From:
John Mclemore [mailto:johnpaulmc911@yahoo.com]
Sent: Friday, November 09, 2012 4:15 PM
To: Kay Schneider
Subject: Re: Hess Contract

Hi Kay,

Regarding the information
below...please tell me what amount I will recieve out of the
400 on travel days.

Thank you,

John McLemore
--- On Tue, 10/2/12, Kay Schneider <kschneider@pslno.com>
wrote:
From: Kay Schneider <kschneider@pslno.com>
Subject: Hess Contract
To: "'chris copeland'" <chris-copeland@att.net>,
"'John Mclemore'" <johnpaulmc911@yahoo.com>,
"'Matt Woehl'" <airmanwoehl@hotmail.com>
Cc: "'Suzette Domingue'" <sdomingue@pslno.com>,
mriley@pslno.com,
"'Kenny Sisung'" <ksisung@pslno.com>
Date: Tuesday, October 2, 2012, 3:51 PM

Gentlemen:

Something was just brought
to our attention.  We have an agreement with Hess that
states travel days to and from location should be billed at

half a day rate.  That is a total of 22 days per
hitch.  ( ½ day going and ½ day coming back plus 21
days worked.)  Therefore, on the days you travel to and
from location, bill $400 / day.  You will still bill a
full day's per diem for each day.

Indicate the travel day
separately on your timesheet and under the activity
description, show travel.  Please see attached example
timesheet.

We have made the
appropriate changes on your current time sheet in our office
now.  You can start this procedure on your next
timesheet.  Thank you for your attention to this
matter.

Call us with any
questions.

Kay Schneider
Office Manager
Phoenix Safety & Logistics
Personnel, Inc.

Formerly Walsh Offshore,
Inc.
2955 Ridgelake Drive
Suite 102
Metairie, LA
70002
504-227-2822
504-227-2898 (fax)
kschneider@pslno.com